FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**COA No. 12-13-00044-CR**

**HERNANDEZ, DONALD CHRISTOPHER**   **Tr. Ct. No. 9952-A**   **PD-1161-14**

**12/31/2014**

On this day, the appellant's pro se motion to appoint counsel has been denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 05 2015

TYLER TEXAS
CATHY S. LUSK, CLERK